# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EMILIO JIMENEZ ORIHUELA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCC-LOMPOC LOW II,<br><br>Respondent. | Case No. CV 24-02684 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is dismissed and Judgment shall be entered dismissing this action without prejudice.

DATED: December 3, 2024

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE