JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERICK EMILIO JIMENEZ
ORIHUELA,

              Petitioner,

    v.

WARDEN, FCC-LOMPOC LOW
II,

            Respondent.

Case No. CV 2:24-02684 AB (RAO)

JUDGMENT

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  December 3, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE